**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTOPHER MILLER and**
**SALLY MILLER,**

    **Plaintiffs,**
vs.                                                   **CASE NO: 6:23-cv-00451-PGB-DCI**

**LIBERTY MUTUAL FIRE**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, the parties, CHRISTOPHER and SALLY MILLER and LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through their undersigned attorneys and jointly file this Agreed Motion for Dismissal with Prejudice, and in support thereof, state as follows:

1. On October 25, 2023, the parties reached a confidential settlement. The settlement agreement included the Plaintiffs executing a Release of All Claims, the Defendant issuing payment within twenty (20) days of receiving the executed Release, and the lawsuit being dismissed with prejudice.

2. Thereafter, counsel for the Defendant contacted counsel for the Plaintiffs to obtain the settlement payment instructions to prepare the Release of All Claims.

3. The payment instructions were received on December 8, 2023 and the Release of All Claims was sent to Plaintiffs' counsel thereafter.

4. The executed Release of All Claims was provided to Defendant on January 12, 2024.

5. On January 16, 2024, counsel for the Defendant sent the settlement payment to counsel for the Plaintiffs in compliance with the terms of agreed upon settlement.

6. A Joint Stipulation for Dismissal with Prejudice was filed contemporaneously with this Motion.

7. The parties now jointly request this Honorable Court to dismiss this case with prejudice in compliance with the terms of the agreed upon settlement by the parties.

WHEREFORE, the parties, CHRISTOPHER and SALLY MILLER and LIBERTY MUTUAL FIRE INSURANCE COMPANY, respectfully request that this Honorable Court dismiss this case with prejudice.

__/s/ Scott Klotzman_____
SCOTT KLOTZMAN, ESQUIRE
Fla. Bar No. 48099
Law Offices of Scott Klotzman, P.A.
2001 Tyler Street, Suite 5
Hollywood, Florida 33020
(954)915-7405
sk@scottklotzman.com
Attorneys for Plaintiff

/s/ Kathryn A. Keller, Esquire
BURKS A. SMITH, III, ESQUIRE
Fla. Bar No. 13977
KATHRYN A. KELLER, ESQUIRE
Fla. Bar No. 0123857
Traub Lieberman Straus &
Shrewsberry LLP
55 First Street South
St. Petersburg, Florida 33701

                                        (727) 898-8100  
                                        kkeller@tlsslaw.com  
                                        Attorneys for Defendant  
                                        kkeller@tlsslaw.com